IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. CR09-00897 |
| Plaintiff | ) | ~~(Proposed)~~ ORDER TO PRETRIAL SERVICES TO CONDUCT A PSYCHIATRIC EXAMINATION TO DETERMINE COMPETENCY |
| vs. | ) | |
| JAMES GREGORY GRIMES, | ) | |
| Defendant | ) | |

Wherefore, based on sufficient showing by counsel and defendant Grimes, IT IS HEREBY ORDERED THAT James Gregory Grimes shall remain in the custody of the U.S. Marshals, and that Pretrial Services shall ~~conduct~~ arrange to have conducted a psychiatric examination to determine the defendant's mental competency to stand trial, pursuant to 18 U.S.C. §4241(b). The time for such examination shall not exceed 30 days without further order of this Court, as required pursuant to 18 U.S.C. §4247(b).

SO ORDERED

Dated: September 29, 2009

Hon. MAXINE M. CHESNEY
United Stated District Court Judge

USA v. GRIMES CR09-00897MMC
(PROPOSED) ORDER