JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DAVID J. WARD (CABN 239504)
Special Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone:(415) 436-7129
    Fax:  (415) 436-7234
    Email: david.ward2@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. 09-0897 MMC |
|     Plaintiff, | ) | |
| | ) | STIPULATION AND ~~(PROPOSED)~~ |
|     v. | ) | ORDER EXCLUDING TIME UNDER |
| | ) | THE SPEEDY TRIAL ACT FROM |
| JAMES GREGORY GRIMES | ) | SEPTEMBER 16, 2009 TO NOVEMBER 4, 2009 |
| | ) | |
|     Defendant. | ) | |

    On September 16, 2009, the counsel for defendant JAMES GREGORY GRIMES and counsel fo the United States appeared before the Honorable Judge Maxine M. Chesney for a status conference in the above-captioned matter.  During that appearance, counsel for the defendant made a motion under 18 U.S.C. § 4241 et seq for an exam to determine the competency of the defendant.  The parties were ordered to return to this Court on November 4, 2009 for the setting of a competency hearing.

    On September 16, 2009, the parties stipulated that time should be excluded under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) of the Speedy Trial Act until November 4, 2009 for effective preparation of defense counsel and under 18 U.S.C. § 3161(h)(1)(A) for the time to complete an examination to determine the mental capacity of the defendant.  The parties represented that

1  granting the continuance was for a reasonable time necessary for effective preparation of defense
2  counsel, taking into account the exercise of due diligence, as well as for the time necessary to
3  complete a competency exam on the defendant.  See 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and
4  (h)(1)(A).  The parties also agreed that the ends of justice served by granting such a continuance
5  outweighed the best interests of the public and the defendant in a speedy trial.  See 18 U.S.C. §
6  3161(h)(7)(A).

8  SO STIPULATED:

9      JOSEPH P. RUSSONIELLO
    United States Attorney

11  DATED:  10/19/09      _____/s/_____
    DAVID J. WARD
12      Special Assistant United States Attorney

14  DATED:  10/19/09      _____/s/_____
    DIANA WEISS
    Attorney for James Gregory Grimes

16      As the Court found on September 16, 2009, and for the reasons stated above, the Court finds
17  that an exclusion of time between September 16, 2009 and November 4, 2009 is warranted, and
18  that the ends of justice served by the continuance outweighs the best interests of the public and
19  the defendants in a speedy trial.  See 18 U.S.C. §3161 (h)(7)(A).  The failure to grant the
20  requested continuance would deny the defendant and deny defense counsel the reasonable time
21  necessary for effective preparation, taking into account the exercise of due diligence, and is
22  necessary to complete a competency exam on the defendant.  See 18 U.S.C. § 3161(h)(7)(B)(iv)
23  and (h)(1)(A).

25  SO ORDERED.

27  DATED: October 20, 2009      _____
    MAXINE M. CHESNEY
28      United States District Judge

Stipulation and (Proposed) Order
CR No. 09-0897 MMC     2