IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      vs.<br><br>JAMES GRIMES<br><br>            Defendants. | No. CR-000897MMC<br><br>**~~(PROPOSED)~~ ORDER TO RESCIND PREVIOUSLY ORDERED MENTAL COMPETENCY EXAM**INATION |

Wherefore GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT the Ex-Parte Application Requesting to Rescind Previously Ordered Mental Competency Examination is GRANTED;

IT IS FURTHER ORDERED THAT the September 29, 2009 Order to Pretrial Services to Conduct a Psychiatric Examination to Determine Competency is rescinded and no examination shall be conducted.

SO ORDERED.

Dated: October 30, 2009

_____
HON. JUDGE MAXINE M. CHESNEY
United States District Court Judge

Ex-Parte Application
CR09-00897MMC